UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES M. BRUDERMAN<br>Plaintiff,<br><br>v.<br><br>MERCURY PUBLIC AFFAIRS, LLC and JOHN TOMLIN,<br><br>Defendants | CIVIL ACTION NO. 3:23-cv-30089-KAR |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff James M. Bruderman and Defendants Mercury Public Affairs, LLC and John Tomlin that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated this 22 day of September, 2023.

Plaintiff James M. Bruderman

James M. Bruderman

DAVIS, MALM & D'AGOSTINE, P.C.

James E. Gallagher

*Counsel for Defendants Mercury Public Affairs, LLC and John Tomlin*



4471281.1 022728-0700-007